IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| ALABAMA DEPARTMENT OF REHABILITATION SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |
| OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 26-279C and 26-281C (consolidated)<br>Judge Lerner |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Oklahoma Department of Rehabilitation Services files its notice of voluntary dismissal under RCFC 41(a)(1)(A)(i).

1. Plaintiff is Oklahoma Department of Rehabilitation Services; Defendant is The United States.
2. On February 19, 2026, Plaintiff filed a bid protest against the United States Department of Defense, Department of the Army in Case No. 26-281, which was consolidated into this consolidated action.

3. The United States has not yet served an answer, motion for summary judgment, or a motion for judgment on the administrative record in this matter.

4. This dismissal is without prejudice.

Dated: April 28, 2026.

Respectfully submitted,

By: ***/s/ Andrew Schumacher***
Andrew J. Schumacher
Texas State Bar No. 24051310
andrew@doyleseelbach.com
Doyle & Seelbach PLLC
13215 Bee Cave Parkway, Suite A220
Austin, Texas 78738
Telephone: (737) 270-9951
Facsimile No.: (512) 960-4893

Grant E. Moak
GMoak@okdrs.gov
Oklahoma Department of Rehabilitation Services
3535 NW 58th Street, Suite 500
Oklahoma City, Oklahoma 73112
Telephone: (405) 951-3598

*Attorneys for The Oklahoma Department of Rehabilitation Services*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28th, 2026, I caused copies of the foregoing to be served by electronic mail upon the following:

Evan Wisser
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3682
Fax: (202) 307-0972
E-mail: evan.wisser@usdoj.gov

*Attorneys for the United States*

W. Brad English
OF COUNSEL
Emily J. Chancey
Taylor R. Holt
Hunter M. Drake
MAYNARD NEXSEN PC
655 Gallatin Street SW
Huntsville, Alabama 35801
256.512.5705
benglish@maynardnexsen.com
echancey@maynardnexsen.com
taholt@maynardnexsen.com
hdrake@maynardnexsen.com

Ashley H. Hamlett
General Counsel
Alabama Department of
Rehabilitation Services
602 S. Lawrence Street
Mongomery, AL 36104
ashley.hamlett@rehab.alabama.gov

*Attorneys for Alabama Department of Rehabilitation Services*

By: ***/s/ Andrew Schumacher***